IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NEW HAMPSHIRE LOTTERY COMMISSION**, <br><br> **NEOPOLLARD INTERACTIVE, LLC**, and <br> **POLLARD BANKNOTE LIMITED,** <br><br>  Plaintiffs, <br><br> and <br><br> **iDEVELOPMENT AND ECONOMIC ASSOCIATION**, <br><br>  Proposed-Intervenor <br><br> v. <br><br> **WILLIAM BARR**, in his official capacity as Acting Attorney General of the United States of America, <br><br> **UNITED STATES DEPARTMENT OF JUSTICE**, and <br><br> **UNITED STATES OF AMERICA** <br><br>  Defendants. | Civil Action No. 19-cv-00163-PB |

## MOTION FOR CLAUDE M. STERN TO APPEAR *PRO HAC VICE*

Demetrio F. Aspiras ("Movant"), of the law firm Drummond Woodsum requests this Court to enter an order pursuant to LR 83.2(b) authorizing Claude M. Stern, Esq. ("**Attorney Stern**"), counsel for Proposed-Intervenor, iDevelopment and Economic Association ("**iDEA**") to be admitted *pro hac vice* to appear and practice before this Court on behalf of iDEA in this case. In support of this Motion, Movant states as follows:

1. Attorney Stern is a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065.

2. Attorney Stern is a member in good standing of the bars of all courts in which he is admitted, as set forth in his Declaration. Upon information and belief, as set forth in his Declaration, Attorney Stern has never been the subject of a disciplinary proceeding as a practicing attorney and is not currently under any order of disbarment, suspension, or any other discipline.

3. Attorney Stern will remain associated with me during this case. All process, notices, and other papers may be served upon me, and I shall sign all papers filed with this Court.

4. Movant requests this Court to enter an order authorizing Attorney Stern to be admitted *pro hac vice* to appear and practice before this Court as Counsel to iDEA. Attorney Stern will abide by all rules of this Court unless waived with the Court's permission.

5. This Motion, together with the supporting declaration from Attorney Stern, is being served via the Case Management/Electronic Case Files (CM/ECF) system upon counsel to Plaintiffs New Hampshire Lottery Commission, Neopollard Interactive, LLC, Pollard Banknote Limited, and Defendants William Barr, the Department of Justice, and the United States of America.

WHEREFORE, Movant requests that this Court issue an order:

1. Granting Movant's motion to admit Claude M. Stern, *pro hac vice*.

2. Finding that notice of this Motion as set forth in paragraph five (5) above is sufficient and proper under the circumstances; and

3. Granting Movant such other and further relief as is just and equitable.

Dated: February 25, 2019                                     Respectfully Submitted,

/s/ *Demetrio F. Aspiras, III*
Demetrio F. Aspiras, III (NH Bar No. 19518)
DRUMMOND WOODSUM
501 Islington Street, Suite 2C
Portsmouth, NH 03801
Tel:  (603) 433-3317
Fax: (603) 433-5384
daspiras@dwmlaw.com

*Counsel for Proposed-Intervenor*
*iDevelopment and Economic Association*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion Claude M. Stern to Appear *Pro Hac Vice*, together with the Declaration of Claude M. Stern in support thereof and a Proposed Order granting the requested relief, was served via the Case Management/Electronic Case Files (CM/ECF) system on February 25, 2019 upon all counsel of record, including:

> Francis Charles Fredericks
> NH Attorney General's Office (Civil)
> Civil Bureau
> 33 Capitol St.
> Concord, NH 03301-6397
> Tel: 603-271-1221
> Email: francis.fredericksjr@doj.nh.gov
>
> Anthony Galdieri (NHAG)
> Office of the Attorney General (NH)
> Civil Bureau
> 33 Capitol St.
> Concord, NH 03301-6397
> Tel: 603-271-1214
> Email: anthony.galdieri@doj.nh.gov
>
> Steven A Myers
> U.S. Department of Justice—Civil/Commercial Litigation (L Street)
> 1100 L St NW
> Washington, D.C. 20530
> Tel:  202 305-8648
> Email: steven.a.myers@usdoj.gov
>
> Matthew D. McGill
> Gibson Dunn & Crutcher LLP
> 1050 Connecticut Ave, NW
> Washington, DC 20036
> 202 955-3680
> Email: mmcgill@gibsondunn.com
>
> Michael A. Delaney
> McLane Middleton
> 900 Elm St
> PO Box 326
> Manchester, NH 03105-0326
> 603 628-1248

Email: michael.delaney@mclane.com

Nicholas F. Casolaro
McLane Middleton
900 Elm St
PO Box 326
Manchester, NH 03105-0326
603 628-1246
Email: nicholas.casolaro@mclane.com

Theodore B. Olson
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036
202 955-8500
Email: tolson@gibsondunn.com

*/s/ Demetrio F. Aspiras*_____
Demetrio F. Aspiras