IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NEW HAMPSHIRE LOTTERY COMMISSION**,<br><br>**NEOPOLLARD INTERACTIVE, LLC**, and<br><br>**POLLARD BANKNOTE LIMITED,**<br><br>            Plaintiffs,<br><br>and<br><br>**iDEVELOPMENT AND ECONOMIC ASSOCIATION**,<br><br>            Proposed-Intervenor<br><br>v.<br><br>**WILLIAM BARR**, in his official capacity as Acting Attorney General of the United States of America,<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**, and<br><br>**UNITED STATES OF AMERICA**<br><br>            Defendants. | Civil Action No. 19-cv-00163-PB |

### DECLARATION OF CLAUDE M. STERN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, **CLAUDE M. STERN**, being of full age, hereby declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Proposed-Intervenor, iDevelopment and Economic Association ("iDEA").

2. I submit this declaration in pursuant to Local Rule 83.2(b) in connection with the Motion for Leave to Appear *Pro Hac Vice* for Claude M. Stern.

3. My office address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065.

4. My office phone number is (650) 801-5000.

5. I have been admitted to practice by the Bar of California (1980), U.S. District Court for the Central District of California (1997), U.S. District Court for the Southern District of California (1997), and U.S. District Court for the Northern District of California (1982).

6. I am in good standing and eligible to practice in each of the courts listed above in Paragraph 5.

7. I am not currently suspended or disbarred in any jurisdiction.

8. There have not been any disciplinary matters, either past or presently pending, involving myself.

9. I have not been convicted of any felonies or misdemeanors.

10. I have never been denied *pro hac vice* status and have never had *pro hac vice* status revoked by any court.

Dated: February 25, 2019

Respectfully Submitted,

/s/ Claude M. Stern

Claude M. Stern
QUINN EMANUEL URQUHART
& SULLIVAN LLP
555 Twin Dolphin Drive Suite 560
Redwood Shores, CA 94065
Tel:  650-801-5000
Fax:  650-801-5100
claudestern@quinnemanuel.com

*Counsel for Proposed-Intervenor iDevelopment and Economic Association*