IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NEW HAMPSHIRE LOTTERY COMMISSION**, <br><br> **NEOPOLLARD INTERACTIVE, LLC**, and <br> **POLLARD BANKNOTE LIMITED,** <br><br> Plaintiffs, <br><br> and <br><br> **iDEVELOPMENT AND ECONOMIC ASSOCIATION**, <br><br> Proposed-Intervenor <br><br> v. <br><br> **WILLIAM BARR**, in his official capacity as Acting Attorney General of the United States of America, <br><br> **UNITED STATES DEPARTMENT OF JUSTICE**, and <br><br> **UNITED STATES OF AMERICA** <br><br> Defendants. | Civil Action No. 19-cv-00163-PB |

**[PROPOSED] ORDER GRANTING MOTION FOR
CLAUDE M. STERN TO APPEAR *PRO HAC VICE***

Upon consideration of the Motion for Claude M. Stern  Leave Appear *Pro Hac Vice* for on behalf of Proposed-Intervenor iDevelopment and Economic Association in connection with the above-captioned action ("**Motion**"), the Declaration of Claude M. Stern in support thereof, and in compliance with Local Civil Rule 83.2(b), the Motion is hereby **GRANTED**.

Dated: _____, 2019

                                                                              Hon. Paul J. Barbadoro
                                                                              Judge, United States District Court