# EXHIBIT A



**U. S. Department of Justice**

Office of the Deputy Attorney General

---

The Deputy Attorney General  *Washington, D.C. 20530*

February 28, 2019

TO: UNITED STATES ATTORNEYS
ASSISTANT ATTORNEYS GENERAL
DIRECTOR, FEDERAL BUREAU OF INVESTIGATION

FROM: THE DEPUTY ATTORNEY GENERAL

SUBJECT: Additional Directive Regarding the Applicability of the Wire Act, 18 U.S.C. § 1084, to Non-Sports Gambling

On January 15, 2019, I issued a memorandum titled "Applicability of the Wire Act, 18 U.S.C. § 1084, to Non-Sports Gambling," in which I directed Department of Justice attorneys to refrain from applying Section 1084(a) in criminal or civil actions to persons who engaged in conduct violating the Wire Act in reliance on the 2011 OLC opinion, and for 90 days thereafter. This 90-day window was intended to "give businesses that relied on the 2011 OLC opinion time to bring their operations into compliance with federal law."

We have decided to extend that window for an additional 60 days (through June 14, 2019). Providing this extension of time is an internal exercise of prosecutorial discretion and does not create a safe harbor for violations of the Wire Act.

All other provisions of my January 15, 2019 memorandum remain in effect.

Any Department attorney who has questions regarding implementation of the Wire Act should contact the Criminal Division's Organized Crime and Gang Section (OCGS) Deputy Chief Douglas Crow for further guidance.