UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE LOTTERY COMMISSION, NEOPOLLARD INTERACTIVE, LLC, and POLLARD BANKNOTE LIMITED, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| COMMONWEALTH OF PENNSYLVANIA, acting by and through, DEPARTMENT OF REVENUE, SECRETARY C. DANIEL HASSELL, and BUREAU OF LOTTERY, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:19-cv-00163-PB |
| Plaintiff-Intervenor, | )<br>) |
| v. | )<br>) |
| WILLIAM BARR, in his official capacity as Attorney General, THE UNITED STATES DEPARTMENT OF JUSTICE, and THE UNITED STATE OF AMERICA, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE***

Proposed-Intervenor, the Commonwealth of Pennsylvania, acting by and through, Department of Revenue, Secretary C. Daniel Hassell, and Bureau of Lottery (the "Pennsylvania Lottery"), by and through its attorneys, Sheehan Phinney Bass & Green PA, hereby moves this Court to admit A. Michael Pratt, Esq. ("Attorney Pratt"), of the law firm Pepper Hamilton LLP, to represent Pennsylvania Lottery *pro hac vice* before this Court. In support hereof, Pennsylvania Lottery states as follows:

1. This Motion requests that Attorney Pratt is allowed to participate in all aspects of this action on behalf of the Pennsylvania Lottery, to include discovery, hearings and other proceedings.

2. As set forth in the accompanying Affidavit of A. Michael Pratt, Attorney Pratt is a member in good standing of the State Bar of Pennsylvania and District of Columbia.  *See* **Exhibit A.**

3. No memorandum of law is necessary in support of this Motion.

4. Senior Assistant Attorney General Anthony Galdieri, on behalf of Plaintiff, New Hampshire Lottery Commission, assents to the relief requested in this motion.

5. Attorney Michael Delaney, on behalf of Plaintiffs, NeoPollard Interactive, LLC and Pollard Banknote Limited, assents to the relief requested in this motion.

6. Attorney Steven A. Myers, on behalf of Defendants, United States Attorney General, William Barr, the United States Department of Justice, and the United States of America, does not oppose or otherwise take a position to the relief requested in this motion.

WHEREFORE, the undersigned counsel for the Pennsylvania Lottery, respectfully requests that this Honorable Court:

A.  Grant the Pennsylvania Lottery's motion to admit Attorney Pratt *pro hac vice*; and

B.  Grant such other and further relief as may be just and proper.

Respectfully submitted,

COMMONWEALTH OF PENNSYLVANIA, acting by and through, DEPARTMENT OF REVENUE, SECRETARY C. DANIEL HASSELL, and BUREAU OF LOTTERY,

By Its Attorneys,

SHEEHAN PHINNEY BASS & GREEN

Dated: March 9, 2019     By: /s/ Patrick J. Queenan
Patrick J. Queenan, Esq.
(NH Bar #20127)
1000 Elm Street, 17th Floor
Manchester, NH 03110
603-627-8108
pqueenan@sheehan.com

CERTIFCATE OF SERVICE

I hereby certify that on March 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Patrick J. Queenan
Patrick J. Queenan