UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**New Hampshire Lottery Commission, et al.**

    **v.**　　　　　　　　　　　　　　　Consolidated Case No.
　　　　　　　　　　　　　　　　　　　　19-cv-163-PB
**William Barr, in his official capacity as Attorney General of the United States of America, et al.**

**ORDER**

The defendants' motion to dismiss for lack of jurisdiction (Doc. No. 45) is denied to the extent it relies exclusively on the Deputy Attorney General's April 8, 2019 memorandum.  See Memorandum from Deputy Attorney General, *Notice Regarding Applicability of the Wire Act, 18 U.S.C. § 1084, to State Lotteries and Their Vendors* (April 8, 2019), Doc. No. 61-1.  The remaining arguments in support of the defendants' motion to dismiss and the parties' cross-motions for summary judgment are taken under advisement.

    SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Paul J. Barbadoro
　　　　　　　　　　　　　　　　　　Paul Barbadoro
　　　　　　　　　　　　　　　　　　United States District Judge

April 12, 2019

cc: Francis Charles Fredericks, Esq.
    Anthony Galdieri, Esq.
    Matthew D. McGill, Esq.
    Michael A. Delaney, Esq.
    Nicholas F. Casolaro, Esq.
    Theodore B. Olson, Esq.
    Steven A. Myers, Esq.
    Alain J. Ifrah, Esq.
    Andrew J. Silver, Esq.
    Claude M. Stern, Esq.
    Demetrio F. Aspiras, III, Esq.
    Derek L. Shaffer, Esq.
    Avram D. Frey, Esq.
    Gillian A. Woolf, Esq.
    Lawrence S. Lustberg, Esq.
    Meghal J. Shah, Esq.
    Thomas R. Valen, Esq.
    Donald S. McGehee, Esq.
    Mark G. Sands, Esq.
    Melinda A. Leonard, Esq.
    Peter S. Cowan, Esq.
    A Michael Pratt, Esq.
    Christopher B. Chuff, Esq.
    Joanna J. Cline, Esq.
    Patrick J. Queenan, Esq.
    Robert R. Lucic, Esq.
    Brian W. Barnes, Esq.
    Charles J. Cooper, Esq.
    David H. Thompson, Esq.
    J. Joel Alicea, Esq.
    Michael J. Tierney, Esq.