# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| New Hampshire Lottery Commission, et al<br>*Plaintiff* | ) ) ) | |
| v. | ) | Case No.   1:19-cv-00163 & 1:19-cv-00170 |
| William Barr, et al<br>*Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants William Barr, The United States Department of Justice, The United States of America .

Date: 04/18/2019

/s/ Matthew J. Glover
*Attorney's signature*

Matthew J. Glover (D.C. Bar. No. 1034209)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
950 Pennsylvania Ave, NW, Washington, DC 20530
*Address*

Matthew.J.Glover@usdoj.gov
*E-mail address*

(202) 307-1697
*Telephone number*

(202) 514-8071
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All parties of record who have filed an electronic appearance.

Conventionally Served:

| 04/18/2019 | /s/ Matthew J. Glover |
|---|---|
| Date | Signature |