# EXHIBIT A



APPENDIX B

A BILL

To amend chapter 50 of title 18, United States Code, with respect to the transmission of bets, wagers, and related information.

1  Be it enacted by the Senate and House of Representa-
2  tives of the United States of America in Congress assembled,
3  That section 1081 of title 18 of the United States Code is
4  amended by adding the following paragraph:
5      "The term 'wire communication facility' means any and
6  all instrumentalities, personnel, and services (among other
7  things, the receipt, forwarding, [and] or delivery of communica-
8  tions) used or useful in the transmission of writing, signs,
9  pictures, and sounds of all kinds by aid of wire, cable, or
10 other like connection between the points of origin and recep-
11 tion of such transmission."
12     SEC. 2. Chapter 50 of such title is amended by adding
13 thereto a new section 1084 as follows:
14 "§1084. Transmission of wagering information; penalties
15     "(a) [Whoever leases, furnishes, or maintains any wire
16 communication facility with intent that it be used for the
17 transmission in interstate or foreign commerce of bets or
18 wagers, or information assisting in the placing of bets or
19 bets or wagers, on any sporting event or contest, or knowingly uses
20 such facility for any such transmission,]
21 Whoever, being engaged in the business of betting or wagering
22 knowingly uses a wire communication facility for the transmission
23 in interstate or foreign commerce of bets or wagers or information

Reproduced at the National Archives

24 assisting in the placing of bets or wagers on any sporting event or
25 contest, or for the transmission of a wire communication which
26 entitles the recipient to receive money or credit as a result of bets
27 or wagers, or for information assisting in the placing of bets or
28 wagers, shall be fined not more than $10,000 or imprisoned not
29 more than two years, or both.
30     "(b) Nothing in this section shall be construed to prevent
31 the transmission in interstate or foreign commerce of information
32 for use in news reporting of sporting events or contests.
33     "(c) Nothing contained in this *section* shall create immunity from
34 criminal prosecution under any laws of any State, territory,
35 possession, or the District of Columbia."
        "(d)"
36     SEC. 3. The analysis preceding section 1081 of such title
37 is amended by adding the following item:
38     "Sec. 1084. Transmission of wagering information; penalties."
39     SEC. 4. When any common carrier, subject to the juris-
40 diction of the Federal Communications Commission, is notified
41 in writing by a Federal, State, or local law enforcement agency,
42 acting within its jurisdiction, that any facility furnished by it is
43 being used or will be used for the purpose of transmitting or
44 receiving gambling information in interstate or foreign commerce,
45 it shall discontinue or refuse, the leasing, furnishing, or main-
46 taining of such facility, after reasonable notice to the subscriber,
47 but no damages, penalty or forfeiture, civil or criminal, shall be
48 found against any common carrier for any act done in compliance

Reproduced at the National Archives

-3-

49 with any notice received from a law enforcement agency. Nothing

50 in this section shall be deemed to prejudice the right of any person

51 affected thereby to ~~sure~~ secure an appropriate determination, as otherwise

52 provided by law, in a Federal Court or in a State or local tribunal

53 or agency, that such facility should not be discontinued or removed,

54 or should be restored."