UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

====================================
NEW HAMPSHIRE LOTTERY COMMISSION,    )
                                     )
NEOPOLLARD INTERACTIVE LLC, *and*    )
                                     )
POLLARD BANKNOTE LIMITED,            )
                                     )
           *Plaintiffs*,             )
                                     )
                                     )   Civil Action No. 1:19-cv-00163-PB
     v.                              )
                                     )
WILLIAM P. BARR, in his official capacity as )
Attorney General of the United States,       )
                                     )
UNITED STATES DEPARTMENT OF JUSTICE, )
                                     )
AND UNITED STATES OF AMERICA,        )
                                     )
           *Defendants*.             )
====================================

### MOTION TO INTERVENE OF PROPOSED DEFENDANTS COALITION TO STOP INTERNET GAMBLING AND NATIONAL ASSOCIATION OF CONVENIENCE STORES

Pursuant to FED. R. CIV. P. 24(a) and 24(b), the Coalition to Stop Internet Gambling (CSIG) and the National Association of Convenience Stores (NACS), by and through undersigned counsel, respectfully move to intervene as defendants in this case.

Proposed Defendants-Intervenors have conferred with the parties' counsel, and the New Hampshire Lottery Commission opposes this motion. The NeoPollard Plaintiffs do not consent to the motion. Defendants requested the following be noted: "Defendants take no position on CSIG's motion for intervention, except to observe that if the Court grants intervention, such intervention should be granted only under Rule 24(b); Rule 24(a) is inapplicable because Defendants adequately represent CSIG's interest in this litigation."

1

In support of this motion, CSIG and NACS file the attached Memorandum of Law, Declaration of Lyle Beckwith, and Proposed Motion to Dismiss or for Summary Judgment. Defendants' decision to decline to adopt a firm position with respect to whether Plaintiffs are subject to the Wire Act under the statute's "whoever" language significantly prejudices the interests of CSIG, NACS, and their New Hampshire-based members. To ensure that those interests are adequately represented both in this Court and in any appellate proceedings, and for other reasons described in the attached Memorandum of Law, CSIG and NACS respectfully request that this Court:

    a.    Grant their Motion to Intervene;

    b.    Docket their Proposed Motion to Dismiss or for Summary Judgment; and

    c.    Grant such other and further relief as may be just and equitable.

Dated: May 23, 2019

Respectfully submitted,

/s/ Michael J. Tierney

| | |
|---|---|
| Charles J. Cooper* | Michael J. Tierney, NH Bar #17173 |
| David H. Thompson* | WADLEIGH, STARR & PETERS, PLLC |
| Brian W. Barnes* | 95 Market Street |
| J. Joel Alicea* | Manchester, NH 03101 |
| Nicole Frazer Reaves* | (603) 206-7239 |
| COOPER & KIRK, PLLC | (603) 669-6018 (fax) |
| 1523 New Hampshire Avenue, N.W. | mtierney@wadleighlaw.com |
| Washington, D.C. 20036 | |
| (202) 220-9600 | |
| (202) 220-9601 (fax) | |
| ccooper@cooperkirk.com | |
| * Appearing *pro hac vice* | |

*Counsel for Proposed Defendants-Intervenors*
*Coalition to Stop Internet Gambling and*
*National Association of Convenience Stores*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Intervene, along with its accompanying attachments, was served via the Case Management/Electronic Case Files (CM/ECF) system on May 23, 2019, upon all counsel of record, including:

Francis Charles Fredericks
NH Attorney General's Office (Civil)
Civil Bureau
33 Capitol St.
Concord, NH 03301-6397
Tel: 603-271-1221
Email: francis.fredericksjr@doj.nh.gov

Anthony Galdieri (NHAG)
Office of the Attorney General (NH)
Civil Bureau
33 Capitol St.
Concord, NH 03301-6397
Tel: 603-271-1214
Email: anthony.galdieri@doj.nh.gov

Steven A Myers
U.S. Department of Justice—Civil/Commercial Litigation (L Street)
1100 L St NW
Washington, D.C. 20530
Tel: 202 305-8648
Email: steven.a.myers@usdoj.gov

Matthew D. McGill
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036
202 955-3680
Email: mmcgill@gibsondunn.com

Michael A. Delaney
McLane Middleton
900 Elm St
PO Box 326
Manchester, NH 03105-0326
603 628-1248
Email: michael.delaney@mclane.com

Theodore B. Olson
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036
202 955-8500
Email: tolson@gibsondunn.com


*/s/ Michael J. Tierney*
Michael J. Tierney