# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE LOTTERY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BARR, in his official capacity as Attorney General, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Civil Action No. 1:19-cv-00163 |
| NEOPOLLARD INTERACTIVE LLC, <br><br> POLLARD BANKNOTE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States of America, <br><br> THE UNITED STATES DEPARTMENT OF JUSTICE, <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 1:19-cv-00170 (consolidated) |

**NEOPOLLARD INTERACTIVE LLC AND POLLARD BANKNOTE LIMITED'S OBJECTION TO CSIG'S AND NACS'S MOTION TO INTERVENE**

NeoPollard Interactive LLC and Pollard Banknote Limited (together, "NeoPollard") hereby object to the Motion to Intervene of Proposed Defendants Coalition to Stop Internet Gambling and National Association of Convenience Stores under Federal Rules of Civil Procedure 24(a) and 24(b). The motion is untimely and the proposed intervenors' rights and interests have been adequately represented throughout these proceedings by the Defendants. For these reasons—outlined more fully in the opposition brief attached to this objection in accordance with Local Rule 7.1(a)(2)—the motion to intervene should be denied.

WHEREFORE, NeoPollard respectfully requests that this Court issue an order:

A. Denying the Motion to Intervene of Proposed Defendants Coalition to Stop Internet Gambling and National Association of Convenience Stores (Dkt. 80); and

B. Granting such further relief as the Court deems just and equitable.

Dated: June 6, 2019

Respectfully submitted,

/s/ Michael A. Delaney
Michael A. Delaney
NH Bar No. 10504
MCLANE MIDDLETON, Professional Association
900 Elm Street
10th Floor
Manchester, NH
(603) 628-1248
michael.delaney@mclane.com

Theodore B. Olson, *pro hac vice*
TOlson@gibsondunn.com
Matthew D. McGill, *pro hac vice*
MMcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

*Counsel for Plaintiffs NeoPollard Interactive LLC and Pollard Banknote Limited*

## CERTIFICATE OF SERVICE

I certify that, on June 6, 2019, I served the foregoing document via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

Dated:   June 6, 2019  /s/ Michael A. Delaney
Michael A. Delaney
NH Bar No. 10504
MCLANE MIDDLETON, Professional Association
900 Elm Street
10th Floor
Manchester, NH
(603) 628-1248
michael.delaney@mclane.com

*Counsel for Plaintiffs NeoPollard Interactive LLC
and Pollard Banknote Limited*