```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

New Hampshire Lottery Commission

    v.

                                        Case No. 19-cv-163-PB

US Attorney General, et al

## JUDGMENT

In accordance with the Memorandum and Order by Judge Paul Barbadoro dated June 3, 2019, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                  By the Court:

                                                  _/s/Tracy A. Uhrin_
                                                  Tracy A. Uhrin
                                                  Chief Deputy Clerk

Date: June 20, 2019

cc: Counsel of Record