IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE LOTTERY COMMISSION,<br><br>              Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR,<br>in his official capacity as Attorney General,<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>              Defendants. | Civil Action No. 1:19-cv-00163-PB |
| NEOPOLLARD INTERACTIVE LLC,<br><br>POLLARD BANKNOTE LIMITED,<br><br>              Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR,<br>in his official capacity as Attorney General of the United States of America,<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>THE UNITED STATES OF AMERICA,<br><br>              Defendants. | Civil Action No. 1:19-cv-00170-SM (consolidated) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT all Defendants (the United States of America; the United States Department of Justice; and William Barr, in his official capacity as Attorney General)

hereby appeal to the United States Court of Appeals for the First Circuit from the Court's June 20, 2019 Judgment, as well as the Court's June 3, 2019, Memorandum and Order and the Court's April 12, 2019 Order.

Dated: August 16, 2019            Respectfully submitted,

HASHIM M. MOOPPAN
Deputy Assistant Attorney General

MATTHEW J. GLOVER
Counsel to the Assistant Attorney General

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Telephone: (202) 305-8648
Fax: (202) 616-8470
Email: Steven.A.Myers@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on August 16, 2019, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing.

Dated:   August 16, 2019                            /s/ Steven A. Myers
                                                                Steven A. Myers