UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 19-cv-163-PB

2. TITLE OF CASE: NH Lottery Commission v. US Attorney General, et al.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **June 20, 2019**

8. DATE OF NOTICE OF APPEAL: **August 16, 2019**

9. FEE PAID or IFP :Not Applicable

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S): and DATES:   Brenda Hancock 2/22/19; Liza Dubois 4/4/19; Liza Dubois (AM); Brenda Hancock (PM) 4/11/19;

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS:

cc: Counsel of Record