UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NH Lottery Commission

    v.                                                  No. 19-cv-163-PB

US Attorney General, et al.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Jennifer Sackos, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 64, 81, 87-90

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, August 16, 2019

**FCPKGN'L0N[ PEJ**, Clerk

**By: /s/ Jennifer Sackos, Deputy Clerk**

**Aug 16, 2019**

cc: Counsel of Record